No. 439. UNITED STATES v. ANTHONY GRACE & SONS, INC. Ct. Cl. Certiorari granted. *Acting Solicitor General Spritzer, Assistant Attorney General Douglas, Morton Hollander* and *David L. Rose* for the United States.

No. 372. McCULLOUGH ET UX. v. UNITED STATES. Ct. Cl. Certiorari denied. *Robert T. Molloy* and *George E. Bailey* for petitioners. *Solicitor General Marshall, Acting Assistant Attorney General Roberts* and *Philip R. Miller* for the United States.

No. 437. GOTTONE v. UNITED STATES. C. A. 10th Cir. Certiorari denied. *Walter L. Gerash* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 441. DOWNING v. UNITED STATES. C. A. 5th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 444. SEVEN-UP CO. v. GET UP CORP. C. A. 6th Cir. Certiorari denied. *Beverly W. Pattishall* for petitioner. *Walter J. Halliday* for respondent.

No. 448. STERNFELS v. BOARD OF REGENTS OF UNIVERSITY OF STATE OF NEW YORK ET AL. App. Div., Sup. Ct. N. Y., 3d Jud. Dept. Certiorari denied. *Kenneth Simon* for petitioner.